IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JATOYA D. BOSTOCK, | : | |
| Plaintiff, | : | Case No. 3:17-cv-325 |
| vs. | : | JUDGE WALTER H. RICE |
| WESTLAKE FIN. SOLUTIONS, LLC, et al., | : | MAGISTRATE JUDGE SHARON L. OVINGTON |
| | : | |
| Defendants. | | |

---

DECISION AND ENTRY SUSTAINING MOTION TO VACATE DEFAULT AND FOR LEAVE TO FILE AN ANSWER TO PLAINTIFF JATOYA D. BOSTOCK'S COMPLAINT OF DEFENDANT WESTLAKE FINANCIAL SOLUTIONS, LLC (DOC. #8); PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (DOC. #11) AND MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT (DOC. #13) ARE OVERRULED; WESTLAKE SHALL ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (DOC. #2) WITHIN TEN DAYS OF THIS ENTRY

---

On November 30, 2017, Plaintiff Jatoya D. Bostock filed a Request for Entry of Default against Defendant Westlake Financial Solutions, LLC ("Westlake"), Doc. #4, and the Clerk of this Court filed a Clerk's Entry of Default on December 5, 2017. Doc. #6. Before the Court is Westlake's Motion to Vacate Default and for Leave to File an Answer to Plaintiff's Complaint ("Motion"). Doc. #8. Finding good cause shown, and concluding that Plaintiff is not prejudiced by Westlake filing an answer out of time, the Court SUSTAINS Westlake's Motion. Consequently, the Court OVERRULES Plaintiff's Motion for Default Judgment, Doc. #11, and Motion for Entry of Default Final Judgment. Doc.

#13. Westlake shall answer, move or otherwise respond to Plaintiff's Complaint, Doc. #2, within ten days of this Entry.

March 14, 2018

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT