# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JaToya D. Bostock,

                      Petitioner,

-vs-                                                                               Case No. 3:17-CV-0325

Westlake Financial Solutions, LLC, et al.,

                      Respondent.

## ORDER GRANTING PACER FEE EXEMPTION

This case is before the Court on Plaintiff's Motion to Permit Exemption of PACER Case Access Fees (Doc. No. 19). Upon advice of the Public Access and Records Management Division of the Administrative Office of the United States Courts that the request is within the purposes intended to be served by the exemption, and the Court's having previously found Plaintiff eligible to proceed *in forma pauperis* in this case, Plaintiff is hereby GRANTED an exemption from PACER access fees for the purpose of accessing the electronic files in this case only. The exemption shall apply from this date forward until final judgment is entered in the case or until further order of the Court.

April 17, 2018.

                                                  SHARON L. OVINGTON,
                                                  UNITED STATES MAGISTRATE JUDGE