IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JATOYA D. BOSTOCK,

    Plaintiff,

vs.

WESTLAKE FINANCIAL SOLUTIONS,
LLC & RELENTLESS TOWING, INC.

    Defendants.

Case No. 3:17cr325

JUDGE WALTER H. RICE

---

ENTRY HOLDING MOOT PLAINTIFF'S INITIAL (DOC. #18) AND
AMENDED (DOC. #20) OBJECTIONS TO MAGISTRATE JUDGE'S REPORT
AS TO DEFENDANT WESTLAKE FINANCIAL SOLUTIONS, LLC;
PROCEDURES WITH REGARD TO SERVED BUT NOT ANSWERING
DEFENDANT RELENTLESS TOWING

---

The *pro se* Plaintiff's Objections to the initial (Doc. #18) and amended (Doc. #20) to the Magistrate Judge's Reports are OVERRULED for the following reasons:

1. The Magistrate Judge does not appear to have rendered any decision in the captioned matter; and,

2. On March 16, 2018, this Court vacated the default entered by the Clerk in favor of the Plaintiff and against Defendant Westlake Financial Solutions, LLC (Doc. #8). Westlake has now filed an Answer to the Plaintiff's Complaint (Doc. #17).

The Co-Defendant, Relentless Towing, Inc., although served has not filed an Answer.

Plaintiff may, if she wishes, file an entry seeking default against Relentless Towing, Inc. Such is an essential first step prior to moving for default judgment.

The captioned cause is ready for a preliminary pretrial/scheduling order between the *pro se* Plaintiff and Westlake Financial Solutions, LLC.

April 18, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

JaToya Bostock, *Pro Se*
Larry Greger
Magistrate Judge Sharon L. Ovington