IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JATOYA D. BOSTOCK,

    Plaintiff,

v.

WESTLAKE FINANCIAL
SOLUTIONS LLC, et al.,

    Defendants.

:
:
:
:
:

Case No. 3:17-cv-325

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #39);
SUSTAINING IN PART DEFENDANT WESTLAKE FINANCIAL
SOLUTIONS LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS
(DOC. #36); DISMISSING WITH PREJUDICE FDCPA CLAIMS
AGAINST ALL DEFENDANTS; DECLINING TO EXERCISE
SUPPLEMENTAL JURISDICTION OVER STATE LAW CLAIMS;
JUDGMENT TO BE ENTERED IN FAVOR OF DEFENDANTS AND
AGAINST PLAINTIFF; TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Sharon L. Ovington in her Report and Recommendations, Doc. #39, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. Although the parties were notified of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

Accordingly, Defendant Westlake Financial Solutions, LLC's unopposed Motion for Judgment on the Pleadings, Doc. #36, is SUSTAINED IN PART. The Court DISMISSES WITH PREJUDICE the Fair Debt Collection Practices Act ("FDCPA") claims against both Westlake and Relentless Towing. Having dismissed all federal claims, the Court declines to exercise supplemental jurisdiction over the state law claims and DISMISSES them WITHOUT PREJUDICE to re-filing in state court.

Judgment shall be entered in favor of Defendants and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: March 22, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE